```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DANIEL MOORE, et al.            :      CIVIL ACTION
                                :
          v.                    :
                                :
JOHNSON & JOHNSON, et al.       :      NO. 12-490
```

ORDER

AND NOW, this 1st day of November, 2012, upon consideration of the plaintiffs' motion to remand (Docket No. 19), and the briefs in opposition to and support of that motion, and following oral argument held on April 5, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of today's date, that the plaintiffs' motion is DENIED.  In view of the fact that defendants Costco Wholesale Corporation, William C. Weldon, and Rosemary Crane are fraudulently joined, those parties are DISMISSED with prejudice.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.