```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANIEL MOORE, et al.           :       CIVIL ACTION
                               :
         v.                    :
                               :
JOHNSON & JOHNSON, et al.      :       NO. 12-490

                              ORDER

      AND NOW, this 18th day of September, 2013, upon consideration of the plaintiffs' motion for reconsideration of the Court's November 1, 2012 Order or certification for interlocutory appeal (Docket No. 75), and the briefs in opposition to and support of that motion, and following an evidentiary hearing held on July 9, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of today's date, that the plaintiffs' motion is DENIED.

                                   BY THE COURT:


                                   /s/ Mary A. McLaughlin
                                   MARY A. McLAUGHLIN, J.